UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMIE MUNCHBACH, <br><br> Plaintiff, <br><br> v. <br><br> MAYOR ROBERT HEDLUND, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 25-12230-WGY |

**ORDER**

February 1$\breve{5}$, 2026

YOUNG, D.J.

On September 10, 2025, the Court ordered pro se plaintiff Jamie Munchbach to file an amended complaint within 28 days because her original complaint failed to state a claim upon which relief could be granted. (ECF No. 6). The Court stated that failure to do so would likely result in dismissal of the action without prejudice. On January 13, 2026, the Court extended the deadline to February 6, 2026. (ECF No. 12).

Munchbach has not filed an amended complaint, and the deadline for doing so has lapsed. Accordingly, this action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

SO ORDERED.

_William G. Young_
WILLIAM G. YOUNG
DISTRICT JUDGE